Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 1 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**

AUG 2 2 2008

**U.S. DISTRICT COURT
DISTRICT OF R.I.**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 1 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-26)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 678 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

AUG 1 9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to
True Copy

DAVID A DiMARZIO
By Paulette J. Duke
Deputy Clerk

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                        MDL No. 1842

## SCHEDULE CTO-26 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **CALIFORNIA EASTERN** | | |
| CAE 2 08-1594 | Leonard Ralston, et al. v. Davol, Inc., et al. | **CA 08-2559** |
| **MINNESOTA** | | |
| MN 0 08-4687 | Horace Ledwell v. Davol, Inc., et al. | **CA 08-2560** |
| **MISSOURI EASTERN** | | |
| MOE 4 08-846 | Keenan Bassett v. Davol, Inc. | **CA 08-2561** |
| **NEW JERSEY** | | |
| NJ 1 08-2984 | Steven Kellie, et al. v. Davol, Inc., et al. | **CA 08-2562** |
| NJ 2 08-2709 | Deborah Arce v. Davol, Inc., et al. | **CA 08-2563** |
| **NEW YORK EASTERN** | | |
| NYE 1 08-2700 | Cathy Brezeale v. Davol, Inc., et al. | **CA 08-2564** |
| **TENNESSEE EASTERN** | | |
| TNE 3 08-228 | Kenneth Humphrey, et al. v. Davol, Inc., et al. | **CA 08-2565** |

# IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION

MDL No. 1842

## INVOLVED COUNSEL LIST (CTO-26)

Andrew L. Colocotronis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
900 South Gay Street
2200 Riverview Tower
P.O. Box 1792
Knoxville, TN 37901-1792

David J. Cooner
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101

Thomas M. Frieder
HASSARD BONNINGTON LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3993

Scott A. George
SEEGER WEISS LLP
550 Broad Street
Suite 920
Newark, NJ 07102

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Curtis W. Isabell
RIDENOUR & RIDENOUR
P.O. Box 530
Clinton, TN 37717

Deanne R. Jockish
BAKER STERCHI COWDEN & RICE LLC
1010 Market Street
Suite 950
St. Louis, MO 63101

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Michael A. London
DOUGLAS & LONDON PC
111 John Street
14th Floor
New York, NY 10038

James J. McHugh, Jr.
LOPEZ MCHUGH LLP
712 East Main Street
Suite 2A
Moorestown, NJ 08057

Geoffrey S. Meyerkord
MEYERKORD LAW FIRM
13523 Barrett Parkway Drive
Suite 230
St. Louis, MO 63021

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Victor F. Stefan
BOCCARDO LAW FIRM
111 West St. John Street
Suite 400
San Jose, CA 95113

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION**                                                MDL No. 1842

## INVOLVED JUDGES LIST (CTO-26)

Hon. Renee M. Bumb
U.S. District Judge
6050 Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08102-1570

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Morrison C. England, Jr.
U.S. District Judge
United States District Court
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. James M. Rosenbaum
U.S. District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902-7902

Hon. Eric N. Vitaliano
U.S. District Judge
United States District Court
714 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

# IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION

MDL No. 1842

## INVOLVED CLERKS LIST (CTO-26)

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

William T. Walsh, Clerk
1050 Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08102

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902